**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: DAVIS, ERIC M | § Case No. 10-73779 |
| DAVIS, SEASON LEE | § |
| | § |
| Debtor(s) GILLILAND, SEASON | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $163,608.00                     Assets Exempt: $23,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,618.19        Claims Discharged
                                                  Without Payment: $31,762.40

Total Expenses of Administration: $4,381.89

---

    3)  Total gross receipts of $    6,000.08     (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $     0.00      (see **Exhibit 2**), yielded net receipts of $6,000.08
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $156,054.55 | $5,552.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,381.89 | 4,381.89 | 4,381.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,051.43 | 33,029.38 | 33,029.38 | 1,618.19 |
| **TOTAL DISBURSEMENTS** | $181,105.98 | $42,964.04 | $37,411.27 | $6,000.08 |

    4) This case was originally filed under Chapter 7 on July 29, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/08/2011            By:  /s/JAMES E. STEVENS
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2.2 Acres Vacant Land, Lake of Ozarks MO | 1110-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.08 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Mazda American Credit | 4210-000 | 6,435.46 | 5,552.77 | 0.00 | 0.00 |
| NOTFILED | Citimortgage | 4110-000 | 23,470.83 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Financial | 4110-000 | 4,148.26 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage | 4110-000 | 122,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$156,054.55** | **$5,552.77** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-73779 Doc 52 Filed 12/06/11 Entered 12/06/11 14:39:49 Desc Main
Document Page 4 of 8

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,350.01 | 1,350.01 | 1,350.01 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 2,272.00 | 2,272.00 | 2,272.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3120-000 | N/A | 177.95 | 177.95 | 177.95 |
| First title Insurance Agency, Inc. | 2820-000 | N/A | 242.97 | 242.97 | 242.97 |
| First title Insurance Agency, Inc. | 2820-000 | N/A | 83.55 | 83.55 | 83.55 |
| First title Insurance Agency, Inc. | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| First title Insurance Agency, Inc. | 2500-000 | N/A | 195.00 | 195.00 | 195.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 10.41 | 10.41 | 10.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,381.89 | 4,381.89 | 4,381.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 6,910.00 | 7,621.69 | 7,621.69 | 373.41 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 245.00 | 321.73 | 321.73 | 15.76 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,686.37 | 2,686.37 | 131.61 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 7,045.01 | 11,773.93 | 11,773.93 | 576.83 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 10,500.21 | 10,625.66 | 10,625.66 | 520.58 |
| NOTFILED | Chase Credit Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB-Express | 7100-000 | 169.86 | N/A | N/A | 0.00 |
| NOTFILED | MHS Physician Services | 7100-000 | 95.29 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 86.06 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 25,051.43 | 33,029.38 | 33,029.38 | 1,618.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73779  
**Case Name:** DAVIS, ERIC M  
DAVIS, SEASON LEE  
**Period Ending:** 11/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/29/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 04/05/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 37301 Salem Rd 3-301Wond | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2.2 Acres Vacant Land, Lake of Ozarks MO | 18,000.00 | 18,000.00 | DA | 6,000.00 | FA |
| 3 | Checking Account certificates of deposit, or sha | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account | 118.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Furniture and Goods video, and compute | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Pictures and Other Art & Antques stamp, c | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel $100.00 Season $100.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Firearms, Sports Equipment, Bicycles, Cameras, a | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Retirement, 401K, Pension Plans or profit sharin | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 Volvo C70 and accessories. | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Ford Explorer Sporttrac | 5,590.00 | 0.00 | DA | 0.00 | FA |
| 12 | Computer (Laptop) & Computer (Desktop) $800 $300 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 13 | Machinery, Fixtures or Trade Equipment used in b | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Sex Toys Debtors Possesion-Eric Desc Main SOB | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.08 | FA |
| 15 | Assets  Totals (Excluding unknown values) | $163,608.00 | $18,000.00 | | $6,000.08 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011            **Current Projected Date Of Final Report (TFR):**    August 17, 2011  (Actual)

Printed: 11/08/2011 11:16 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-73779 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | DAVIS, ERIC M | | Bank Name: | The Bank of New York Mellon |
| | DAVIS, SEASON LEE | | Account: | 9200-******73-65 - Money Market Account |
| Taxpayer ID #: | **-***4094 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/13/11 | | First title Insurance Agency, Inc. | proceeds sale of Lake of Ozark land | | | 5,428.48 | | 5,428.48 |
| | {2} | | contract sales price | 6,000.00 | 1110-000 | | | 5,428.48 |
| | | | 2010 real estate taxes | -242.97 | 2820-000 | | | 5,428.48 |
| | | | 2011 county taxes | -83.55 | 2820-000 | | | 5,428.48 |
| | | | 2011 assessments | -50.00 | 2820-000 | | | 5,428.48 |
| | | | closint fee, title insurance and charges | -195.00 | 2500-000 | | | 5,428.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.02 | | 5,428.50 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 5,428.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 10.41 | 5,418.13 |
| 08/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.02 | | 5,418.15 |
| 08/17/11 | | To Account #9200******7366 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | | 9999-000 | | 5,418.15 | 0.00 |

|  | ACCOUNT TOTALS | 5,428.56 | 5,428.56 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 5,418.15 | |
| | **Subtotal** | **5,428.56** | **10.41** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$5,428.56** | **$10.41** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/08/2011 11:16 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-73779 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** DAVIS, ERIC M | **Bank Name:** The Bank of New York Mellon |
| DAVIS, SEASON LEE | **Account:** 9200-******73-66 - Checking Account |
| **Taxpayer ID #:** **-***4094 | **Blanket Bond:** $372,000.00  (per case limit) |
| **Period Ending:** 11/08/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/11 | | From Account #9200******7365 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 5,418.15 | | 5,418.15 |
| 09/29/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $2,272.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,272.00 | 3,146.15 |
| 09/29/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $177.95, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 177.95 | 2,968.20 |
| 09/29/11 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,350.01, Trustee Compensation; Reference: | 2100-000 | | 1,350.01 | 1,618.19 |
| 09/29/11 | 104 | Commerce Bank | Dividend paid 4.89% on $7,621.69; Claim# 1; Filed: $7,621.69; Reference: | 7100-000 | | 373.41 | 1,244.78 |
| 09/29/11 | 105 | Chase Bank USA, N.A. | Dividend paid 4.89% on $321.73; Claim# 3; Filed: $321.73; Reference: | 7100-000 | | 15.76 | 1,229.02 |
| 09/29/11 | 106 | Chase Bank USA, N.A. | Dividend paid 4.89% on $2,686.37; Claim# 4; Filed: $2,686.37; Reference: | 7100-000 | | 131.61 | 1,097.41 |
| 09/29/11 | 107 | Chase Bank USA, N.A. | Dividend paid 4.89% on $11,773.93; Claim# 5; Filed: $11,773.93; Reference: | 7100-000 | | 576.83 | 520.58 |
| 09/29/11 | 108 | Chase Bank USA, N.A. | Dividend paid 4.89% on $10,625.66; Claim# 6; Filed: $10,625.66; Reference: | 7100-000 | | 520.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,418.15 | 5,418.15 | **$0.00** |
| | | | Less: Bank Transfers | | 5,418.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,418.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,418.15** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******73-65** | 5,428.56 | 10.41 | 0.00 |
| **Checking # 9200-******73-66** | 0.00 | 5,418.15 | 0.00 |
| | **$5,428.56** | **$5,428.56** | **$0.00** |

{} Asset reference(s)                                                    Printed: 11/08/2011 11:16 AM    V.12.57